606 A.2d 356

STATE OF NEW JERSEY, v. JOSE R. FORNES.

February 14, 1992.

Petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Dillihay*, 127 *N.J.* 42, 601 *A*.2d 1149 (1992).

Jurisdiction is not retained.

606 A.2d 357

STATE OF NEW JERSEY, v. FRANCISCO RAMON ALFONSO.

February 14, 1992.

Petition for certification is granted and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Brana*, 127 *N.J.* 64, 601 *A*.2d 1160 (1992) and *State v. Dillihay*, 127 *N.J.* 42, 601 *A*.2d 1149 (1992).

Jurisdiction is not retained.